USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHREN DISTRICT OF NEW YORK

AHRON BERLIN asserting claims in its own right, and as the assignee and real party in interest of the claims of NATHAN KAUFMAN,

Plaintiff,

-Against-

JOEL KOHN; YISOCHER KAUFMAN; ISRAEL KLEIN, BERRY'S COOLING & HEATING, LLC.; MOISHE SCHWARTZ; PHILIPPE ISSA; PEANUT INDUSTRIES INC. D/B/A VELVET BROOKLYN; JOHN DOES 1 through 20 ; JANE DOE 1 through 10; AND ABC CORPORATIONS 1 THROUGH 10,

Defendants.

Civil Action No.:
7:22-cv-05331-NSR

NOTICE OF
VOLUNTARY
DISMISSAL

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff AHRON BERLIN asserting claims in its own right, and as the assignee and real party in interest of the claims of NATHAN KAUFMAN, hereby gives notice that the above-captioned action is voluntarily dismissed **without** prejudice against all Defendants.

Dated Monroe New York
December 20, 2022

_____
Ahron Berlin

The Clerk of Court is respectfully directed to terminate the action.

DATED: December 29, 2022
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE